FILED ___ LODGED
RECEIVED ___ COPY
OCT 1 5 2019
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ M DEPUTY

REDACTED FOR
PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CR-19-01202-PHX-DJH (JZB) |
| Plaintiff, | **INDICTMENT** |
| vs. | VIO: 18 U.S.C. § 875(c) (Interstate Communications Containing Threat) Counts 1-5 |
| George Fredrick Nees, | 18 U.S.C. §§ 2261A(2) & 2261(b) (Cyberstalking) Counts 6-7 |
| Defendant. | |

THE GRAND JURY CHARGES:

## COUNTS 1-5

On or about the dates below, in the District of Arizona, and elsewhere, GEORGE FREDRICK NEES, knowingly and willfully did transmit in interstate and foreign commerce email communications from Arizona containing a threat to injure the person of another, as follows:

| Count | Date | Directed To | Location of Recipient |
|---|---|---|---|
| 1 | November 2, 2018 | Employees of Rust Consulting, Inc. | Minnesota |
| 2 | November 14, 2018 | Employees of Rust Consulting, Inc. | Minnesota |
| 3 | March 1, 2019 | Employees of Rust Consulting, Inc. | Minnesota |
| 4 | March 12, 2019 | S.H., G.C., AND J.D. of Cricket Wireless | Georgia |

| 5 | March 16, 2019 | S.H., G.C., AND J.D. of Cricket Wireless | Georgia |

In violation of Title 18, United States Code, Section 875(c).

### COUNTS 6-7

On or between the dates below, in the District of Arizona and elsewhere, GEORGE FREDRICK NEES, with the intent to harass and intimidate another person, used facilities of interstate and foreign commerce to engage in a course of conduct that caused and could reasonably have been expected to cause substantial emotional distress to the persons described below and placed those persons in reasonable fear of death and serious bodily injury:

| COUNT | DATES | RECIPIENTS |
|---|---|---|
| 6 | November 2, 2018 – August 4, 2019 | Employees of Rust Consulting, Inc. in Minnesota |
| 7 | February 27, 2019 - March 16, 2019 | S.H., G.C., AND J.D. of Cricket Wireless in Georgia |

In violation of Title 18, United States Code, Sections 2261A(2) and 2261(b).

A TRUE BILL

*s/*
FOREPERSON OF THE GRAND JURY
Date: October 15, 2019

MICHAEL BAILEY
United States Attorney
District of Arizona

*s/*
GAYLE L. HELART
Assistant U.S. Attorney

- 2 -